(Rev. 4/97)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Marquis Robinson_
**Plaintiff**

V.

_The News Journal_
_Cpl. Jeff Whitmarsh_
**Defendant(s)**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

**CASE NUMBER:** 08 - 420

I, _Marquis Robinson_ declare that I am the (check appropriate box)

☑ **Petitioner/Plaintiff/Movant**     ☐ **Other**

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No" go to Question 2)

   If "YES" state the place of your incarceration  _Howard R. Young_

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_
   _Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254._

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?    ☐Yes    ☑No

    If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

                                                                ☐Yes    ☑No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

    I declare under penalty of perjury that the above information is true and correct.

    6-30-08                    _Mary Rob_____
    **DATE**                    **SIGNATURE OF APPLICANT**

---

## CERTIFICATE
### (Incarcerated applicants only)
### *(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $_____ on account his/her credit at (name

of institution) _____.

I further certify that the applicant has the following securities to his/her credit:

_____.

I further certify that during the past six months the applicant's average monthly balance was $_____

and the average monthly deposits were $_____.

_____              _____
**Date**                          **SIGNATURE OF AUTHORIZED OFFICER**

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**BUREAU OF ADULT CORRECTION**
**HOWARD R. YOUNG CORRECTIONAL INSTITUTION**
**P.O. BOX 9279**
**WILMINGTON DE  19801**
**(BUSINESS ADDRESS)**

# Memorandum

**To:**     **Marquis Robinson, SBI # 495649, 2F, 12**

**From:**   **Business Office**

**Date:**   **July 1, 2008**

**Re:**     **Response to your letter.**

_____

**Mr. Robinson,**

**Here is a copy of your 6 months history and balance.**

RESIDENT HISTORY REPORT

HRYCI
07/01/08 13:57
ST 006 / OPR JNM



SBI            :  495649
Resident Name  :  ROBINSON, MARQUIS
Time Frame     :  01/01/2008 12:09 - 07/01/2008 13:57

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|----|----|-----------|--------|---------|
| 04/25/2008 | 22:23 | Add | 5 | blr | E28583 | 0.55 | 3.36 |
| 05/05/2008 | 05:47 | Order | 2 | DDT | B215629 | 3.27 | 0.09 |
| 05/09/2008 | 11:16 | Credit | 11 | AFC | K8652 | 3.27 | 3.36 |
| 05/12/2008 | 05:38 | Order | 2 | AFC | B216492 | 2.85 | 0.51 |
| 05/14/2008 | 12:12 | Add | 8 | bsf | H39054 | 15.00 | 15.51 |
| 05/16/2008 | 13:41 | Close | 6 | JNM | F38420 | 15.51 | 0.00 |
| 06/09/2008 | 12:09 | Reopen | 5 | CCB | E29440 | 5.00 | 5.00 |
| 06/09/2008 | 12:09 | Rec Payment | 5 | CCB | E29441 | 2.00 | 3.00 |
| 06/16/2008 | 09:08 | Order | 2 | DDT | B221568 | 2.98 | 0.02 |
| 06/23/2008 | 11:26 | Add | 8 | bsf | H39905 | 15.00 | 15.02 |
| 06/30/2008 | 16:50 | Rec Payment | 10 | bsp | J14279 | 3.00 | 12.02 |
| 07/01/2008 | 05:59 | Order | 2 | DDT | B223384 | 11.90 | 0.12 |