

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Marquis Robinson 495649
(Name of Plaintiff)   (Inmate Number)

H.R.Y.C.I., P.O. Box 9561
Wilm, De., 19809
(Complete Address with zip code)

(2) Marquis Robinson 495649
(Name of Plaintiff)   (Inmate Number)

H.R.Y.C.I., P.O. Box 9561
Wilm, De., 19809
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) The News Journal
    State
(2) Wilm. Police, Dept.
(3) Cpl. Jeff Whitmarsh
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 
: 
: 
: 
: 08 - 420
: (Case Number)
: (to be assigned by U.S. District Court)
: 
: 
: 
: **CIVIL COMPLAINT**
: 
: ✓ Jury Trial Requested
: 
: 

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Public Defenders office
Judge Sue L. Robinson
2005

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ・・No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ・・No

C. If your answer to "B" is Yes:

1. What steps did you take? Writing to the Law Library and getting a 42 U.S.C § 1983.

2. What was the result? The Law Library help me out and I Thank them very much

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: The New Journal Terri Sanginita
   Employed as Reporter at News Journal
   Mailing address with zip code: 950 W. Basin Rd, New Castle, De. 19702

(2) Name of second defendant: State Wilm. Police Dept. Cpl. Jeff State officer State Police Whitmarsh
   Employed as Police Dept. at Wilm. Dept.
   Mailing address with zip code: 300 N. Walnut St. Wilmington, De. 19801

(3) Name of third defendant: _____
   Employed as _____ at _____
   Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

(Note: that I am required to give facts)

1. On June 6, 2008, The News Journal and Cpl. Jeff Whitmarsh of The Wilm. Police Dept. stated that I was involved in a shoplifting spree, involving 4 other people: Joe Redden, Turhan.

2. Redden, Edwena Daniels, Wynee Young. The only incidents in which I was involved in with The Redden Brothers was resolved in (NCCCP on 5/7/08,) Me being sentenced to (one year

3. level-2 probation. case # 0804033209 0804021705, 0804033209.) The other two incidents Cpl. Jeff Whitmarsh stated that I Marquis D. Robinson (is wanted by) The New Castle County Court of Common Plea, is fabricated and a lie...

Continue. Pg. 1·2

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like a Public Published apology and a retraction written. These apologies must not only be made to me but to my wife and kids for the emotional Termoil they

3

(Pg. 1)

(Basis of Libel - Defamation of Character)

On June 6, 2008, The News Journal and Cpl. Jeff Whitmarsh of The Wilmington Police Dept. stated that I was involved in a shoplifting spree, involving 4 other people: Turhan Redden, Wynee Letitia Youn, Joe Redden, Edwena Daniels.

The only incidents in which I was involved in with the Redden Brothers was (re-solved in NCCCP on 5/7/08) I being sentenced to one year level-2 probation, cases # 0804033209, 0804021705, 0804033209. (The two other incidents) Cpl. Jeff Whitmarsh stated that I Marquis D. Robinson (is wanted by) The New Castle County Court of Common Pleas, is fabricated, a big lie. These statements, which are fabricated from The News Journal - Wilm. Police Dept. have caused (me + my wife) a great deal of embarassment, emotional distress, personal Integrety - stereotype as a fugative, Damage to family relationship + how society views other family memebers, Personal saftey - Viglanties Bounty Hunters serving warrants

(IV continue-)

(Pg.2)

that's not true, Damage to self esteem, childrens lives being put under stress due to article, financial - unable to obtain a meaniful job, Housing - no landlord will rent to me because of publication.

## Four accused in shoplifting spree, (1 sought) (NOT-ME)

June 6, 08

By TERRI SANGINITI
The News Journal

Four people arrested Wednesday and charged with shoplifting at an area drugstore are accused in a series of similar thefts over seven months, state police said.

The suspects are: Edwena Daniels, 28, of Murphy Road in Brandywine Hundred; Wynee Letitia Young, 43, of Carvel Street in New Castle; and Turhan Redden, 39, and his brother Joe, 43, both of East Ninth Street in Wilmington.


Edwena Daniels

Each was charged with shoplifting and conspiracy.

Daniels, who reportedly was involved only in the Rite Aid incident, was released on $1,000 bail.

The Redden brothers were committed to Young Correctional Institution in lieu of $1,000 bail. Young was being held in Baylor Correctional Institution after failing to post $1,000.


Joe Redden

Three of the suspects concealed $277 in merchandise at the Rite Aid at 4609 Kirkwood Highway in Prices Corner at about 11 p.m. Wednesday and left without paying, Cpl. Jeff Whitmarsh said.

A store employee got the description of their


Turhan Redden

and its license number and telephoned police.

About two miles from the store, a trooper pulled over the vehicle.

An investigation revealed that Young drove the car while Daniels and the brothers removed merchandise.

A routine computer check revealed both brothers had been arrested in nine shoplifting thefts over seven months. Who?

"They seem to be implicating other people at different times," Whitmarsh said. Who?


Marquis Robinson

In addition to the Rite Aid, the two brothers shoplifted merchandise valued at $480 from Macy's at Christiana Mall on Nov. 10, $1,126 from Macy's at Concord Mall on April 11 with Marquis Robinson, and $532.32 from the Home Depot on Naamans Road on May 20.


Wynee Letitia Young

5-7-08 sentenced

Turhan Redden acted alone Dec. 8 when he shoplifted merchandise valued at $12 from the Dollar Tree in Newark Shopping Center, police said. He was with an unidentified person Jan. 9 when he took items valued at $92.94 from T.J. Maxx on Concord Pike.

Joe Redden was alone when he stole items valued at $113.05 from Sears at Prices Corner on Jan.16, $120.98 from Kmart in Governors Square the following day and $799.98 on April 25 from Circuit City in Christiana Mall with Marquis Robinson, police said.

5-7-08 sentenced

Young stole merchandise valued at $324.40 from the Kmart in Governors Square on March 26. She was with an unknown person April 3 when she took items valued at $4.49 from the Rite Aid on North Market Street in Wilmington and $60.61 from Happy Harry's on Philadelphia Pike on April 16.

Whitmarsh said Marquis Robinson, who was involved in two incidents with the Redden brothers and two other shoplifting incidents alone, is wanted by the New Castle County Court of Common Pleas.

"These are just the ones they are being caught for," Whitmarsh said.



What two other incidents A Lie

Contact Terri Sanginiti at 324-2771 or tsanginiti@delawareonline.com

2. have been thru. I want a personal apology from this man who so willingly slaundered my name. I am seeking financial compensation in the Amount $80,000 thousand

3. dollars, for all the extreme and tramatic emotional, social and economical burdens, this incident and publication have caused me and my family.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30__ day of __June__, 2__008__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Marquis Robinson # 495649
H.R.Y.C.I., P.O. Box 9561
Wilmington, De. 19809

U.S.M.S.
X-RAY

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, De. 19801

INMATE
LEGAL MAIL