Date: 7-16-2008

Marquis Robinson
#495649, H.R.Y.C.I., P.O. Box 9561,
Wilm, De. 19809
vs.

CA: 08-420 SLR

The News Journal
Cpl. Jeff Whitmarsh

Continue - Add on - 42 USC 1983

Fact - Four accused in shoplifting spree. 1 sought, who is the one being soughted? (not me Marquis Robinson)

Fact - Four people arrested on Wednesday June 4, 2008. (not me Marquis Robinson)

Fact - Each was charged with shoplifting and conspiracy. (not me Marquis Robinson)

Fact - They seem to be implicating other people, who? (not me Marquis Robinson)

Fact - On May 7, 2008, I - Marquis Robinson was sentenced to 1-year level-2 probation for my involvement with the Redden brothers on April 11, 25 2008. (Justice has been served)

Fact - Cpl. Jeff Whitmarsh stated that I- Marquis Robinson is wanted for two other shoplifting incidents alone and is wanted by NCCCP, is fabricated and a lie. I've never been charge with said statement and remenber I'm on probation may 7, 2008, my probation officer would ve lock me up for VOP, if I was wanted, publication came out on June 6, 08

I Remain,
Most Respectfully
Marquis Robinson