ORIGINAL    Date. 7-17-08

(Add on to 1983)
MarQuis Robinson # 495649    08CV 420 SLR
H.R.Y.C.I , P.O. Box 9561
Wilm. De. 19809

2008 JUL 24  AM 9:32
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

VS.

The News Journal
Cpl. Jeff Whitmarsh    SS

Pa. Super 1987. In order for defamat-
ion to occur in form of either libel
or slander defamatory must be
published, that is, communicated to
third person.
(Sobel v. Wingard, 531 A2d 520, 366)
Pa. Super. 482

Del. Super 1944
In civil action for libel, it must
be shown that publication was made
to some one other than plaintiff.
(Yerkey v. Wright, 36 A. 2d, 366, 42
Del. 474, 3 Terry 474

Me. 1990, To make out a claim for
libel, plaintiff must show that there
has been publication to third party of
false and defamatory statement.
(Bakal v. Weare 583 A2d, 1028)

# ORIGINAL

08CV420 SLR

Del. Supr. 1968
(Short V. News Journal Co. 212 A.2d
718, 58 Del. 592, 8 Storey 592

D.C. 1984
(Ingber V. Ross, 479 A. 2d 1256)

N.J. 1994. Claim that information was
obtained from another source will not
relieve party that reprints defamatory
statements from liability.
(Costello V. Ocean County Observer, 643
A.2d 1012, 136 N.J 594

R.I. 1985. one who republishes libel
ous or slanderous material is subject
to liability just as if he had publ-
ished it original y ("republication rule"
applies to press as it does to others)
(Martin V. Wilson Pub.Co. 497 A.2d 322)

C.

I Remain,
Most Respectfully
Moy— Rd

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JUL 24  AM 9: 26

SS