IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARQUIS ROBINSON )<br>)<br>Plaintiff, )<br>)<br>v. ) Civ. No. 08-420-SLR<br>)<br>NEWS JOURNAL, STATE )<br>WILMINGTON POLICE DEPARTMENT, )<br>AND CPL. JEFF WHITMARSH )<br>)<br>Defendants. ) | |

### AUTHORIZATION

I, Marquis Robinson, SBI #495649, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.55 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 7-18-08, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7-23-08, 2008.



/Signature of Plaintiff

FILED
JUL 28 2008
U.S. DISTRICT
DISTRICT OF DELAWARE

PD scanned

sented one to the Warden + Business office.

Date: 7-23-08

Pay-To: U.S. District Court                              Amount: $ 2.55

The Sum of: Two Dollars                                 and Cents 55

Address to whom sent:
U.S. District Court       SBI# 495649     _Morg____ Rob____
Lockbox 18                Log # _____            Inmate Signature
844 N. King St.           Check # _____          OIC Signature
Wilmington, De. 19801     Date of Ck _____       Lieutenant Signature if Over $100.00

                                                  Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)