Date: 7-16-2008

08-420 (SLR)

MarQuis Robinson
# 495649, H.R.Y.C.I, P.O. Box 9561,
Wilm, De, 19809

Vs.

The News Journal et al
Cpl. Jeff Whitmarsh


FILED
AUG 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Continue - Add on - 42 USC 1983
case # 1:08-cv-420 (SLR)

Fact - Four accused in shoplifting spree, 1 sought, who is the one being soughted? (not me MarQuis Robinson)

Fact - Four people arrested on wednesday June 4, 2008. (not me MarQuis Robinson)

Fact - Each was charged with shoplifting and conspiracy, (not me MarQuis Robinson)

Fact - They seem to be implicating other people, who? (not me MarQuis Robinson)

Fact - on May 7, 2008, I MarQuis Robinson was sentenced to 1-year level-2 probation for my involvement with the Redden brothers on April 11, 25, 2008. (Justice has been served)

Fact - Cpl. Jeff Whitmarsh stated that I - Marquis Robinson is wanted for two other shoplifting incidents alone and is wanted by NCCCP, is fabricated and a lie. I've never been charge with said statement and remenber I'm on probation may 7, 2008, my probation officer would've lock me up for VOP, if I was wanted, publication came out on June 6, 08.

cc:

I Remain,
Most Respectfully
Marquis Robinson

Date: 8-10-08

Marquis Robinson
# 495649

V.

New Journal et al
Case # 1.08-cv-420 (SLR)

In light of the amount of people effected by this traumatic event, I would like to rescind my request for $ 80,000 dollars in damages. This due to the fact that not only have I been adversely affected but also my wife Shirl Robinson, my father in law L.B Nesmith, my mother in law Shirley Nesmith, my sons Reshawn + Roland Nesmith. This incident has forced my family members to lose time from work, they have been persecuted and ostracized, causing immense stress and undo worry. I feel that compensation in the amount of $ 1.5 million dollars would be approriate. I Remain,
Most Respectfully
Marquis Rob——