1:08-CV-420 (SLR)

Notice of change of Address

Marquis Robinson
1328 N. Walnut St.
Wilm. De. 19801
302-656-5206

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 AUG 28  AM 10: 18