Date: 8-26-08

Marquis Robinson
# 495649
Case # 1:08-CV-420 (SLR)

Dear Clerk

I'm writing you because I'll like for you to send me an update on all documents I've filed with your office and could you please forward all future documents to said address as follow:

Marquis Robinson Apt #B
1328 N. Walnut St.
Wilmington, De. 19801
302-656-5206

cc:


Thank You Very Much,
I Remain,
Most Respectfully

FILED
AUG 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Marquis Robinson # 495649
H.R.Y.C.I. P.O. Box 9561
Wilmington, De. 19809

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, De. 19801



WILMINGTON DE 197
26 AUG 2008 PM 2 T
USA 42