OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

September 2, 2008

TO:

Marquis Robinson, Pro Se
1328 N. Walnut Street
Wilmington, DE 19801

    **RE:  STATUS OF CASE**
          **CA 08-420 SLR**

Dear Mr. Robinson:

    This is in response to your letter received dated 8/26/08 requesting the status of your case. Your case is assigned to the Honorable Sue L. Robinson, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                    Sincerely,

/rwc                                         PETER T. DALLEO
                                                CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet