IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARQUIS ROBINSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-420-SLR |
| | ) |
| NEWS JOURNAL, STATE WILMINGTON POLICE DEPARTMENT, AND CPL. JEFF WHITMARSH | ) ) ) ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on August 28, 2008, plaintiff, having been released from prison, submitted a new standard form application to proceed without prepayment of fees;

At Wilmington, this 3d day of September, 2008, the Court having considered plaintiff's application;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge